IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and ROY EVERIDGE REVENUE AGENT of the INTERNAL REVENUE SERVICE,<br><br>Petitioner,<br><br>v.<br><br>AMELIA PEREZ,<br><br>Respondent. | CIVIL ACTION NO. 3:12-cv-00516<br>JUDGE HAYNES |

## MOTION TO SET HEARING DATE

COMES NOW the United States, by and through the United States Attorney as counsel, and in this matter involving the Department of Treasury, Internal Revenue Service (hereafter "IRS"), moves this honorable Court to set a new hearing date for the Respondent, Amelia Perez, to appear before this Court to show cause, if any she has, why the Court should not enforce against her the IRS administrative summons issued to her. Your movant would show that:

1. The United States filed a Petition to Enforce Internal Revenue Service Summons on May 22, 2012 [Doc. 1]. Thereafter, this Court acting through Judge Campbell, issued an Order setting the Petition for a hearing to commence on July 23, 2012 at 9:00 a.m [Doc. 3] and directing the IRS to serve both the Order and the initial Petition on the Respondent taxpayer at least thirty (30) days prior to the July 23rd hearing date. IRS subsequently served the Petition and Order on Respondent Perez [Doc. 4].

2. On July 18, 2012, the United States filed a Notice of Related Case [Doc. 5] stating to the Court that this matter is related to *United States v. Martinez*, No. 3:12-cv-00515 (M.D. Tenn.). Both these matters are IRS summons enforcement actions. Upon information and belief, Respondent Perez, is the wife of Milton Martinez, and the couple filed joint tax returns for the years in question in both these actions.

3. On July 18, 2012, the Court transferred the case to Judge Haynes and cancelled the July 23rd hearing set before Judge Campbell [Doc. 6].