IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA AND )
ROY EVERIDGE, REVENUE AGENT OF THE )
INTERNAL REVENUE SERVICE, )
)
    Petitioners, )
) CIVIL ACTION NO. 3:12-cv-00516
v. ) JUDGE HAYNES
)
AMELIA PEREZ, )
)
    Respondent. )

ORDER

It hereby is

ORDERED that this action is assigned for a hearing to commence at _10:00 am_, on _Friday September 21, 2012_ in Courtroom No. _A-859_, United States Courthouse, Broadway at 8th Avenue, Nashville, Tennessee, or as soon thereafter as the matter can be reached on the Court's Calendar.

At such hearing, the Court will consider whether it should order enforcement of the administrative summons of the Internal Revenue Service. If the Respondent opposes judicial enforcement of such summons, she may appear at such hearing and present to the Court any cause why the summons should not be so enforced.

It hereby is

ORDERED further that a copy of this order be served on the Respondent at least thirty (30) days prior to the date assigned for the hearing.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

8-2-12